FILED
CLERK, U.S. DISTRICT COURT
12/3/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINNI MEDIA CONCEPT LIMITED, | Case No. CV 19-9335 FMO (RAOx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FLOYD MAYWEATHER JR., et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed.

Dated this 3rd day of December, 2019.

/s/
Fernando M. Olguin
United States District Judge